UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mark Franklin, Jr., | Case No. 24-CV-03736 (LMP/SGE) |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| William Bolin, Warden; Jenny Carufel, Lieutenant; and Eric Hennen, Assistant Warden of Administration working out of capacity, sued individually in their official capacities, | |
| Defendants. | |

---

In an order dated December 5, 2024, this Court directed Plaintiff Mark Franklin, Jr., to pay an initial partial filing fee of $30.72. (*See* Dkt. No. 11). Franklin was given twenty-one days from the date of that Order, or until December 26, 2024, to pay that fee, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Franklin has not paid the initial partial filing fee or communicated to this Court about his case in any way. Accordingly, this Court now recommends, consistent with the warning previously given to Franklin, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Wewerka v. Roper*, 431 F. App'x 517, 517 (8th Cir. 2011) (per curiam) (affirming dismissal without prejudice pursuant to Rule 41(b) following prisoner's failure to pay initial partial filing fee).

1

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: January 10, 2025                         *s/ Shannon G. Elkins*
                                                SHANNON G. ELKINS
                                                United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).